DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

————————————————

ALBERT L. WILCOX,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2025-0545
————————————————

May 27, 2026

Appeal from the Circuit Court for Manatee County; Teri K. Dees, Judge.

Blair Allen, Public Defender, and Emily Ross-Booker, Assistant Public Defender, Bartow, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and Krystle Celine Cacci, Assistant Attorney General, Tampa, for Appellee.


PER CURIAM.

Affirmed.


NORTHCUTT, SMITH, and GUARD, JJ., Concur.

————————————————

Opinion subject to revision prior to official publication.